**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LI Z. FENG, YUE X. HUANG, FENG X. LIU, et al.,

       Plaintiffs,

   v.

HEALTHFIRST HEALTH PLAN, INC.,
HF MANAGEMENT SERVICES, LLC,
DOE MANAGED LONG TERM CARE PLAN,
and SCHAROME CARES, INC.,

       Defendants.
-----------------------------------------------------------X

Civil Action No. 20-cv-2049 (PAE)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK }
                S.S.
COUNTY OF NEW YORK)

   **TIMOTHY BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

   That on the 10th day of March, 2020, at approximately the time of 1:10 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE JAMES L. COTT, AND INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES** upon **SCHAROME CARES, INC.** at 1729 East 12th Street, 3rd Floor, Brooklyn, NY 11229, by personally delivering and leaving the same with **JENNIE LI,** who informed deponent that she is authorized by her supervisor to receive service at that address.

   **JENNIE LI** is an Asian female, approximately 34 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 125 pounds with black hair and dark eyes.

_[signature]_

**TIMOTHY BOTTI, #0843358**
Sworn to before me this
13th day of March, 2020

_[signature]_
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com