UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LI Z. FENG, YUE X. HUANG, FENG X. LIU, YU P. LIU, SHAO N. MENG and MEI S. YUEN,<br><br>         Plaintiffs,<br><br>- v -<br><br>HEALTHFIRST HEALTH PLAN, INC., HF MANAGEMENT SERVICES, LLC, DOE MANAGED LONG TERM CARE PLAN, and SCHAROME CARES, INC.,<br><br>         Defendants. | Docket No.:<br>20-cv-2049 (PAE) (JLC)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that JEFFERY A. MEYER, Esq. of the law firm NIXON PEABODY LLP, hereby enters an appearance in this matter on behalf of defendant SCHAROME CARES, INC. I certify that I am admitted to practice in the Southern District of New York.

Dated: March 30, 2020
   Huntington, New York

                **NIXON PEABODY LLP**

                / s / *Jeffery A. Meyer*
                Jeffery A. Meyer, Esq.
                50 Jericho Quadrangle, Suite 300
                Jericho, New York 11753
                (516) 832-7500
                jmeyer@nixonpeabody.com

                *Attorneys for Defendant*
                *Scharome Cares, Inc.*