USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

LI Z. FENG, et al.,

        Plaintiffs,      **ORDER**

   -v-                             20-CV-2049 (GHW) (JLC)

HEALTHFIRST HEALTH PLAN, INC., et al.,

        Defendants.

-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      In light of the mediation referral order issued on May 22, 2020, the parties are directed to meet and confer prior to the June 3, 2020 initial case management conference and be prepared to discuss whether they would like to delay scheduling discovery deadlines in this case until after the completion of mediation.

      **SO ORDERED.**

Dated: May 26, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge