USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   6/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LI Z. FENG, et al.,                                  :
                                                     :
                    Plaintiffs,                      :          **ORDER**
                                                     :
          -v-                                        :          20-CV-2049 (GHW) (JLC)
HEALTHFIRST HEALTH PLAN, INC., et al.,               :
                                                     :
                    Defendants.                      :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held an initial case management conference today.  As discussed, it is hereby ordered as follows:

1. On a rolling basis and no later than **June 17, 2020**, the parties shall produce the limited discovery necessary for mediation identified during today's conference (in addition to the materials outlined in Judge Woods's May 22 Mediation Referral Order, Dkt. No. 32). The parties are directed to meet and confer to agree upon the discovery to be produced, and are directed to the transcript of today's conference, as necessary.  Defendants shall also make their initial disclosures by June 17, 2020.

2. Mediation shall take place by **July 31, 2020** unless unforeseen circumstances require a delay (in which case the parties should so apprise the Court by letter and report on the rescheduled date for mediation).

3. By **August 7, 2020** (or no later than one week after the mediation, whenever it takes place)**,** the parties are directed to file a letter informing the Court as to the outcome of the mediation.  In the event that the case has not settled, and no further mediation session has been scheduled, the letter should include whether Plaintiffs seek to amend their complaint and, if so, propose a schedule for the filing of an amended complaint and for responses from current and/or newly named parties (once they are served).  The Court will then schedule a Rule 16 conference to set discovery deadlines.

      **SO ORDERED.**

Dated: June 3, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge