```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

LI Z. FENG, YUE X. HUANG, FENG X. LIU, YU P. LIU, SHAO N. MENG and MEI S. YUEN,

Plaintiffs,

-against-

HEALTHFIRST HEALTH PLAN, INC., HF MANAGEMENT SERVICES, LLC, DOE MANAGED LONG TERM CARE PLAN, and SCHAROME CARES, INC.,

Defendants.

20-cv-2049 (GHW) (JLC)

STIPULATION OF DISMISSAL AS TO DEFENDANTS HEALTHFIRST HEALTH PLAN, INC. AND HF MANAGEMENT SERVICES, LLC

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for the parties who have appeared in this action hereby stipulate that all claims asserted in the above-captioned action against Healthfirst Health Plan, Inc. and HF Management Services, LLC (collectively, "Healthfirst Defendants") shall and hereby are dismissed, without prejudice, with each party to bear her/its own costs, disbursements and attorneys' fees as to those claims.

Dated: New York, New York
June 25, 2020

_____
Mark Lerner (mlerner@kasowitz.com)
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
*Attorneys for Plaintiffs*

Dated: Rye, New York
June 25, 2020

_____
David S. Warner (dwarner@dorflaw.com)
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, New York 10580
(914) 381-7600
*Attorneys for Healthfirst Defendants*

Plaintiffs and Defendants Healthfirst Health Plan, Inc. and HF Management Services, LLC have stipulated to the dismissal of plaintiff's claims against each of those defendants without prejudice. The Clerk of Court is directed to remove the names of those two defendants from the caption of this case.

SO ORDERED.

Dated: June 30, 2020

_____
GREGORY H. WOODS
United States District Judge