UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

---

LI Z. FENG, YUE X. HUANG, FENG X. LIU,
YU P. LIU, SHAO N. MENG and MEI S. YUEN,

Civil Action No.20-CV-2049 (GHW)(JLC)

Plaintiffs,

AFFIDAVIT
OF
SERVICE

-against-

ELDERPLAN, INC. and SCHAROME CARES,
INC.,

Defendants.

---

**Erika Tejada**, the undersigned, being duly sworn deposes and says that he is over the age of 18 years and is not a party to this action. On **September 16th, 2020**, at approximately **11:30 am**, Deponent served the within: **SUMMONS, AMENDED COMPLAINT, INDIVIDUAL RULES FOR THE HONORABLE JUDGE GREGORY H. WOODS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE JAMES L. COTT, ECF RULES APRIL 1, 2020 EDITION, SCHAROME CARES, INC.'S ANSWER WITH DEFENSES TO PLAINTIFFS' COMPLAINT CIVIL COVER SHEET** on:

**ELDERPLAN, INC
N/A ELI S. FELDMAN
C/O MJGC
49-15 10TH AVE.
BROOKLYN, NEW YORK, 11219**

By personally delivering to and leaving with **Marquee Mercer-Front Desk Security** who is over the age of 18, and who accepted Service thereof; one true copy of the within **SUMMONS, AMENDED COMPLAINT, INDIVIDUAL RULES FOR THE HONORABLE JUDGE GREGORY H. WOODS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE JAMES L. COTT, ECF RULES APRIL 1, 2020 EDITION, SCHAROME CARES, INC.'S ANSWER WITH DEFENSES TO PLAINTIFFS' COMPLAINT CIVIL COVER SHEET.**

Deponent describes recipient as follows:

Sex:     Male
Skin:    Black
Hair:    Black
Age:     Approximately 42 years old
Height:  Approximately 5' 10" tall
Weight:  Approximately 175 lbs.

_____
Erika Tejada - 1088563
Sworn and subscribed to before me,
This 18th, day of September 2020

_____ Notary Public

DANIEL A. LEVINE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6154152
Qualified in Queens County
My Commission Expires 10-23-2022