```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
LI Z. FENG et al.,                                  :
                                                    :
                           Plaintiffs,              :
                                                    :            20 Civ. 2049 (JPC) (JLC)
              -v-                                   :
                                                    :                    ORDER
ELDERPLAN, INC. et al.,                             :
                                                    :
                           Defendants.              :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Pursuant to the Honorable James L. Cott's Order dated May 21, 2021, discovery is to be completed by July 23, 2021.

The parties shall submit a joint status letter to the no later than July 30, 2021, advising as to whether the parties request a settlement conference with Judge Cott or a referral to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the undersigned's pre-motion letter requirement.

SO ORDERED.

Dated: July 14, 2021
New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge