

Nixon Peabody LLP
50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Jeffery A. Meyer**
Partner

T / 516.832.7537
F / 516.832.7555
jmeyer@nixonpeabody.com

October 29, 2021

**VIA ECF**

The Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  RE: ***Feng, et al v. Healthfirst Health Plan Inc., et al***
     **Docket No. 20-cv-2049 (JPC) (JLC)**

Dear Judge Cronan:

  This firm represents the defendant Scharome Cares, Inc. ("Scharome Cares") in connection with the above-referenced matter. This letter is submitted on behalf of all parties in response to Your Honor's memo endorsement dated September 21, 2021 (Docket No. 81).

  The parties are happy to report that a settlement was reached during yesterday's mediation. The parties are in the process of drafting a formal settlement agreement which will be submitted to the court for *Cheeks* approval.

  Should Your Honor require any additional information, we are available at the Court's convenience.

     Respectfully submitted,

     NIXON PEABODY LLP

     Jeffery A. Meyer, Esq.

cc: All counsel of record (*via* ECF)

C:\Users\st.pierrel6466\AppData\Local\Microsoft\Windows\INetCache
\Content.Outlook\L7P9SC0F\Letter to DJ Cronan re Mediation Status
Report 2 - Feng - Scharome 4860-8519-3729 v.1.docx