```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LI Z. FENG et al.,                                                :
                                                                  :
                              Plaintiffs,                         :
                                                                  :     20 Civ. 2049 (JPC) (JLC)
            -v-                                                   :
                                                                  :            ORDER
SCHAROME CARES, INC. et al.,                                      :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties reported that they settled this case and were in the process of formalizing a settlement agreement on October 29, 2021. Dkt. 82. The Court has not yet received a request for settlement approval pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). The parties shall submit a *Cheeks* letter or, in the alternative, a status letter, by December 13, 2021.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge